**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Julie Barnabee
                         Plaintiff,

v.                                         Case No.: 1:12–cv–02886
                                              Honorable Ruben Castillo

Alta College, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 19, 2012:

      MINUTE entry before Honorable Ruben Castillo:After a careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of a timely motion to remand or a proper amended federal complaint. The parties are directed to immediately exhaust all settlement possibilities for this dispute prior to filing any further pleadings.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.